UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILFRED GUY (#111795)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 12-283-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 18, 2012 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction over plaintiff's state law claims and the plaintiff's action is DISMISSED, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, this 23rd day of October, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA